**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lynda Lea NOLDER, Defendant–Appellant.**

No. 06–10427.

United States Court of Appeals, Ninth Circuit.

Submitted April 18, 2007 *.

Filed April 30, 2007.

Stanley A. Boone, Esq., USF—Office of the U.S. Attorney, Fresno, CA, Jonathan B. Conklin, Esq., for Plaintiff–Appellee.

Carrie S. Leonetti, Esq., FPDCA—Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before: THOMPSON, KLEINFELD, and THOMAS, Circuit Judges.

MEMORANDUM **

We review the sufficiency of a charging document de novo.[1] The citation issued to Nolder was sufficient, it contained the elements of the offense and sufficiently ap-

1. *United States v. Akins,* 276 F.3d 1141, 1146 (9th Cir.2002).

prised Nolder of the allegations she was required to meet.[2]

Review of a conviction challenged for insufficient evidence is also reviewed de novo.[3] Under the *Jackson v. Virginia* standard, the evidence sufficed for a conviction, because a reasonable juror could conclude that the defendant resisted the officer's lawful orders to step away from the tent and put her hands behind her back.[4]

AFFIRMED.

---

**2.** *Russell v. United States,* 369 U.S. 749, 763, 82 S.Ct. 1038, 8 L.Ed.2d 240 (1962).

**3.** *United States v. Bucher,* 375 F.3d 929, 934 (9th Cir.2004).

**4.** *Jackson v. Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979).

